ABEL ACOSTA, CLERK

THIS IS JUST TO INFORM THE COURT THAT ALL FUTURE
CORESPONDENCE FROM THIS COURT TO DONALD SAMUEL CAMPBELL
SHOULD BE SENT TO THIS ADDRESS...

DONALD SAMUEL CAMPBELL

P O BOX 2546

HARKER HEIGHTS TEXAS 76548

I AM ABOUT TO DISCHARGR MY SENTENCE AND A TDCJ ADDRESS
WILL NO LONGER BE VALID. THANK YOU.

RESPECTFULLY

DONALD SAMUEL CAMPBELL

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 21 2015

Abel Acosta, Clerk